CV 95-N-2301-NE

**DOCUMENT # 174 TO BE MAILED MANUALLY**